

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00078-CV**

**IN RE HAMPTON ROADS LANDSCAPING & LAWN CARE, LLC**
**AND MARK RYAN TAYLOR**

_____

**Original Proceeding**

---

## ORDER

---

Relators' Motion to Substitute Counsel was filed on April 16, 2019. The motion does not indicate that a copy was provided to the client in a manner of delivery authorized by the rule. TEX. R. APP. P. 6.5(b), (d). The Court simply reminds counsel of that obligation; but because the rule does not require counsel to certify compliance with that aspect of the rule to the Court, the Court will not deny the motion on that basis.

Accordingly, the Court grants the motion to substitute L. Hayes Fuller, III, Robert Little, and the law firm of Naman Howell Smith & Lee, PLLC in place of the law firm of Dykema Gossett, PLLC.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted
Order issued and filed April 24, 2019

